THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEAST PENNSYLVANIA SMSA LP, d/b/a VERIZON WIRELESS, | : |
| Plaintiff, | : |
| v. | : 3:17-CV-1521 |
| | : (JUDGE MARIANI) |
| THE SMITHFIELD TOWNSHIP BOARD OF SUPERVISORS, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS **17th** DAY OF OCTOBER, 2018, upon consideration of Defendant's Motion to Dismiss the Appeal and Complaint Pursuant to Federal Rules of Civil Procedure, Rule 12 (the "Motion") (Doc. 8), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**. The Court's previous March 8, 2018 scheduling order (Doc. 14) remains in effect as follows:

The parties shall have **thirty (30) days** from the date of this Order denying Defendant's motion to dismiss to file potentially dispositive motions. If filing a motion for summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

Robert D. Mariani
United States District Judge